**Fill in this information to identify the case:**

Debtor name    **BioRestorative Therapies, Inc.**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NEW YORK

Case number (if known)    **8-20-71757**

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ■ Other document that requires a declaration    **General Statement Regarding Debtor's Bankruptcy Schedules and Statement of Financial Affairs**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **March 20, 2020**         X /s/ Mark Weinreb
                                           Signature of individual signing on behalf of debtor

                                           **Mark Weinreb**
                                           Printed name

                                           **Authorized Signatory**
                                           Position or relationship to debtor

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

```
-------------------------------------------------------------x
```
In re:

BIORESTORATIVE THERAPIES, INC.,

          Debtor
```
-------------------------------------------------------------x
```

              Case No. 8-20-71757

              Chapter 11

## GENERAL STATEMENT REGARDING DEBTOR'S BANKRUPTCY SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS

The Schedules of Assets and Liabilities (the "Schedules") and Statement of Financial Affairs (the "Statement" and, collectively with the Schedules, the "Required Bankruptcy Filings") of BioRestorative Therapies, Inc. (the "Debtor" or "BRT") in the above-captioned chapter 11 case were prepared in accordance with and under 11 U.S.C. § 521 and Rule 1007 of the Federal Rules of Bankruptcy Procedure by the Debtor's management after consultation with the Debtor's financial and accounting professionals and are unaudited.  While the Debtor's management has made reasonable efforts to ensure that the Required Bankruptcy Filings are accurate and complete, based upon information that was available to them at the time of preparation, subsequent information may result in material changes to the Required Bankruptcy Filings.  Moreover, because the Required Bankruptcy Filings contain unaudited information which is subject to further review and potential adjustment, there can be no assurance that these Required Bankruptcy Filings are complete. The Debtor reserves all rights to amend the Required Bankruptcy Filings from time to time, in all respects, as may be necessary or appropriate, including, but not limited to, the right to dispute or otherwise assert offsets or defenses to any claim reflected on the Required Bankruptcy Filings as to amount, liability or classification, or to otherwise subsequently designate any claim as "disputed," "contingent" or "unliquidated." Furthermore, nothing contained in the Required Bankruptcy Filings shall constitute a waiver of rights with respect to this Chapter 11 case and specifically with respect to any issues involving

equitable subordination or causes of action arising under the provisions of Chapter 5 of the Bankruptcy Code and other relevant non-bankruptcy laws to recover assets or avoid transfers. The Debtor files audited financial statements annually with the Securities and Exchange Commission (the "SEC") as a result of it being a publicly traded company.  The Required Bankruptcy Filings do not purport to represent and are not financial statements prepared in accordance with U.S. Generally Accepted Accounting Principles, nor are they intended to fully represent the financial statements filed by BRT with the SEC.

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **BioRestorative Therapies, Inc.** |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF NEW YORK** |
| Case number (if known): | **8-20-71757** |

☐ Check if this is an

amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Auctus Fund, LLC.** **545 Boylston Street** **2nd  Floor** **Boston, MA 02116** | | **Convertible Promissory Note Debt** | | | | **$3,261,819.00** |
| **Pharos Advisors** **299 Market Street** **Saddle Brook, NJ 07763** | | **Financial and Accounting Services** | | | | **$1,200,000.00** |
| **K&L Gates, LLP.** **210 Sixth Avenue** **Pittsburgh, PA 15222** | | **Legal Services** | | | | **$706,155.00** |
| **GS Capital Partners, LLC** **30 Broad Street, Ste 1201** **New York, NY 10004** | | **Convertible Promissory Note Debt** | | | | **$649,580.00** |
| **Dr. Wayne Marasco** **43 Rice Street** **Wellesley Hills, MA 02481** | | **Professional Services** | | | | **$550,000.00** |
| **Odyssey Capital Funding** **1249 Broadway, Suite #103** **Hewlett, NY 11557** | | **Convertible Promissory Note Debt** | | | | **$423,012.00** |
| **Eagle Equities, LLC** **525 Norton Parkway** **New Haven, CT 06511** | | **Convertible Promissory Note Debt** | | | | **$394,875.00** |
| **Gladstone Corporation** **1521 Westbranch Drive** **Suite 100** **Mc Lean, VA 22102** | | **Promissory Note Debt** | | | | **$368,250.00** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **BioRestorative Therapies, Inc.** | | Case number *(if known)* | **8-20-71757** |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **SBI Investments LLC 369 Lexington Avenue 2nd Floor New York, NY 10017** | | **Convertible Promissory Note Debt** | | | | $326,701.00 |
| **Labrys Fund LP 48 Parker Road Wellesley, MA 02482** | | **Convertible Promissory Note Debt** | | | | $274,752.00 |
| **LG Capital Funding, LLC 1218 Union Street, Ste. 2 Brooklyn, NY 11225** | | **Convertible Promissory Note Debt** | | | | $266,651.00 |
| **Crown Bridge Partners LLC 1773 A 2nd Avenue Suite 126 New York, NY 10065** | | **Convertible Promissory Note Debt** | | | | $266,076.00 |
| **Coventry Enterprises, LLC 80 S.W. 8th Street Suite 2000 Miami, FL 33130** | | **Convertible Promissory Note Debt** | | | | $252,543.00 |
| **HRW Legacy LLC 15140 Sutton Street Sherman Oaks, CA 91403** | | **Convertible Promissory Note Debt** | | | | $233,381.00 |
| **EMA Financial, LLC 40 Wall Street, Ste. 1700 New York, NY 10005** | | **Convertible Promissory Note Debt** | | | | $211,377.00 |
| **JSJ Investments, Inc. 2665 Villa Creek Drive Suite 214 Dallas, TX 75234** | | **Convertible Promissory Note Debt** | | | | $210,058.00 |
| **GW Holdings, LLC 137 Montague Street Suite 291 Brooklyn, NY 11201** | | **Convertible Promissory Note Debt** | | | | $187,390.00 |
| **Gene M. Bernstein 31 South Hill Street Southampton, NY 11968** | | **Convertible Promissory Note Debt** | | | | $163,660.00 |
| **Lance Alstodt 1 Woodedge Lane Brookville, NY 11545** | | **Severance pay** | | | | $161,350.00 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **BioRestorative Therapies, Inc.**

Name

Case number *(if known)*    **8-20-71757**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Harvey & Melody Alstodt 224 Grande Point Drive Palm Beach Gardens, FL 33418** | | **Convertible Promissory Note Debt** | | | | $152,082.00 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **BioRestorative Therapies, Inc.**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NEW YORK

Case number (if known)    **8-20-71757**

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
|---|---|

1.    *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*..................................................................    $        0.00

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*..............................................................    $      929,062.31

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*................................................................    $      929,062.31

| Part 2: | Summary of Liabilities |
|---|---|

2.    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................    $    1,355,863.43

3.    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................    $    210,782.89

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................    +$   13,516,225.02

4.    Total liabilities ..................................................................................................
    Lines 2 + 3a + 3b    $    15,082,871.34

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name   **BioRestorative Therapies, Inc.**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF NEW YORK

Case number (if known)   **8-20-71757**

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                  12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:   Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Wells Fargo** | **Business Checking - Operations** | **2717** | **$4,727.44** |
| 3.2. | **Wells Fargo** | **Business Checking - Payroll** | **2709** | **$82.73** |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**                                                                       $4,810.17
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

### Part 2:   Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ☑ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
   Description, including name of holder of deposit

| 7.1. | **Catherine Ross (Consultant)** | $900.00 |
|---|---|---|
| 7.2. | **RIMCO (Landlord)** | $22,100.00 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                          Best Case Bankruptcy

| Debtor | **BioRestorative Therapies, Inc.** | Case number *(If known)* **8-20-71757** |
|---|---|---|
| | Name | |

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

9. **Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.

$23,000.00

---

**Part 3:**   **Accounts receivable**

10. **Does the debtor have any accounts receivable?**

■ No. Go to Part 4.
☐ Yes Fill in the information below.

---

**Part 4:**   **Investments**

13. **Does the debtor own any investments?**

☐ No. Go to Part 5.
■ Yes Fill in the information below.

| | | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**
Name of fund or stock:

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**
Name of entity:                                % of ownership

| 15.1. | **Stem Pearls, LLC (not active)** | 100 % | | **Unknown** |
|---|---|---|---|---|

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
Describe:

17. **Total of Part 4.**

Add lines 14 through 16. Copy the total to line 83.

$0.00

---

**Part 5:**   **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

■ No. Go to Part 6.
☐ Yes Fill in the information below.

---

**Part 6:**   **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

---

**Part 7:**   **Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
■ Yes Fill in the information below.

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                 Best Case Bankruptcy

Debtor   **BioRestorative Therapies, Inc.**                                    Case number *(If known)*  **8-20-71757**
         Name

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.  **Office furniture** | | | |
| 40.  **Office fixtures** | | | |
| 41.  **Office equipment, including all computer equipment and communication systems equipment and software**<br>Office furninture, computers, etc. | $29,475.84 | | $29,475.84 |

| | | | |
|---|---|---|---|
| 42.  **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 43.  **Total of Part 7.** <br> Add lines 39 through 42. Copy the total to line 86. | | | $29,475.84 |

44.  **Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No
☑ Yes

45.  **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
☑ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47.  **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 48.  **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 49.  **Aircraft and accessories** | | | |
| 50.  **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**<br>Lab equipment, etc. | $17,591.30 | | $17,591.30 |

| | | | |
|---|---|---|---|
| 51.  **Total of Part 8.** <br> Add lines 47 through 50. Copy the total to line 87. | | | $17,591.30 |

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**
☐ No
☑ Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☑ No

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor   **BioRestorative Therapies, Inc.**                                    Case number *(If known)*  **8-20-71757**
         <sub>Name</sub>

☐ Yes

| Part 9: | **Real property** |
|---|---|

**54. Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | **Intangibles and intellectual property** |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.  **Patents, copyrights, trademarks, and trade secrets** See attached Schedule attached hereto | **$724,185.00** | | **$724,185.00** |
| 61.  **Internet domain names and websites** See Schedule attached hereto | **Unknown** | | **$0.00** |
| 62.  **Licenses, franchises, and royalties** January 27, 2012 license agreement between the Company and a stem cell treatment company of intellectual properties and special needle | **Unknown** | | **$0.00** |
| 63.  **Customer lists, mailing lists, or other compilations** | | | |
| 64.  **Other intangibles, or intellectual property** | | | |
| 65.  **Goodwill** | | | |

66.  **Total of Part 10.**

     Add lines 60 through 65. Copy the total to line 89.

| **$724,185.00** |
|---|

67.  **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
     ■ No
     ☐ Yes

68.  **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
     ☐ No
     ■ Yes

69.  **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
     ■ No
     ☐ Yes

| Part 11: | **All other assets** |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
     Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                         Best Case Bankruptcy

Debtor    **BioRestorative Therapies, Inc.**
          ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
          Name

Case number *(If known)*  **8-20-71757**

■ Yes Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

| 71. | **Notes receivable**<br>Description (include name of obligor) | | |
|---|---|---|---|
| 72. | **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local)<br>**Federal Net Operating Losses as of December 31, 2018 totaling $45,020,791.00 (may be subject to, among other things, assignment restrictions and/or annual limitations pursuant to Section 382 of the Internal Revenue Code)** | Tax year ‾‾‾‾‾‾‾‾‾‾ | **Unknown** |
| | **State Net Operating Losses as of December 31, 2018 totaling $26,539,655.00 (may be subject to, among other things, assignment restrictions and/or annual limitations pursuant to New York tax law)** | Tax year ‾‾‾‾‾‾‾‾‾‾ | **Unknown** |
| 73. | **Interests in insurance policies or annuities** | | |
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)** | | |
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | | |
| 76. | **Trusts, equitable or future interests in property** | | |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership<br>**In November, 2015, the Company and a stem cell treatment company ("SCTC") entered into an amendment to a January 27, 2012 license agreement between them.  Pursuant to the amendment, effective November 30, 2015, the Company granted to the SCTC (i)a non-exclusive sublicense to use certain of the licensed intellectual property in one location outside the United States and (ii) a non-exclusive sublicense to use, and the right to sublicense to third parties the right to use, in certain locations in the United States, certain of the licensed intellectual property.  In consideration of the sublicenses, the SCTC has agreed to pay the Company royalties on a per disc procedure basis.** | | **$130,000.00** |
| | **Various populations of human cell lines.  Located in (i) Melville, NY; (ii) research partner's lab in Philadelphia, PA (under Research Collaboration Agreement); research partner's lab in Salt Lake City, UT (under Service Agreement).** | | **Unknown** |
| 78. | **Total of Part 11.**<br>Add lines 71 through 77. Copy the total to line 90. | | **$130,000.00** |
| 79. | **Has any of the property listed in Part 11 been appraised by a professional within the last year?** | | |

Debtor    **BioRestorative Therapies, Inc.**
_____
Name

Case number _(If known)_  **8-20-71757**

■ No
☐ Yes

Debtor    **BioRestorative Therapies, Inc.**                          Case number *(If known)*  **8-20-71757**
          Name

**Summary**

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $4,810.17 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $23,000.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $29,475.84 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $17,591.30 | |
| 88. **Real property.** *Copy line 56, Part 9.....................................................................>* | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $724,185.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $130,000.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $929,062.31 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $929,062.31 |

| Fill in this information to identify the case: |
| --- |

Debtor name  **BioRestorative Therapies, Inc.**

United States Bankruptcy Court for the:  EASTERN DISTRICT OF NEW YORK

Case number (if known)  **8-20-71757**

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | **Column A**<br>**Amount of claim**<br>Do not deduct the value of collateral. | **Column B**<br>**Value of collateral that supports this claim** |
| --- | --- | --- | --- |
| **2.1** **John Desmarais**<br>Creditor's Name<br><br>**26 Deer Creek Lane**<br>**Mount Kisco, NY 10549**<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>**July 2017**<br>Last 4 digits of account number<br><br>**Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | Describe debtor's property that is subject to a lien<br>**IP and equipment (Claim amount includes interest as of Petition Date)**<br><br>Describe the lien<br>**Second Priority Lien**<br>Is the creditor an insider or related party?<br>☑ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>☑ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>As of the petition filing date, the claim is:<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $245,191.78 | $0.00 |
| **2.2** **John Desmarais**<br>Creditor's Name<br><br>**26 Deer Creek Lane**<br>**Mount Kisco, NY 10549**<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>**February 20, 2020**<br>Last 4 digits of account number<br><br>**Do multiple creditors have an interest in the same property?** | Describe debtor's property that is subject to a lien<br>**All assets, including IP (Claim amount includes interest as of Petition Date)**<br><br>Describe the lien<br>**Blanket Lien**<br>Is the creditor an insider or related party?<br>☑ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>☑ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>As of the petition filing date, the claim is:<br>Check all that apply | $323,042.82 | $0.00 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **BioRestorative Therapies, Inc.** | Case number (if known) | **8-20-71757** |
|---|---|---|---|
| | Name | | |

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **John Desmarais** | Describe debtor's property that is subject to a lien | $33,793.21 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**26 Deer Creek Lane
Mount Kisco, NY 10549**

Creditor's mailing address

**All assets including IP (Claim amount includes interest as of Petition Date)**

Describe the lien
**Blanket Lien**

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**February 26/2020**
Last 4 digits of account number

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **Tuxis Trust** | Describe debtor's property that is subject to a lien | $753,835.62 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**26 Deer Creek Lane
Mount Kisco, NY 10549**

Creditor's mailing address

**IP and Equipment (Claim amount includes interest as of Petition Date)**

Describe the lien
**First Priority Lien**

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**June 2016**
Last 4 digits of account number

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | **$1,355,863.43** |
|---|---|---|

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **BioRestorative Therapies, Inc.** | Case number (if known) | **8-20-71757** |
|---|---|---|---|
| | Name | | |

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Pryor & Mandelup, L.L.P.**<br>**675 Old Country Road**<br>**Attn:  A. Scott Mandelup**<br>**Westbury, NY 11590** | Line __2.1__ | |
| **Ropes & Gray LLP**<br>**1211 Avenue of Americas**<br>**Attn:  Jonathan Gill, Esq**<br>**New York, NY 10036-8704** | Line __2.1__ | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name     **BioRestorative Therapies, Inc.**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NEW YORK

Case number (if known)   **8-20-71757**

☐ Check if this is an
   amended filing

## Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  | | Total claim | Priority amount |
|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$28,998.98** | **$13,650.00** |
| | **Francisco Silva** | *Check all that apply.* | | |
| | **22 Dale Road** | ☐ Contingent | | |
| | **Huntington, NY 11743** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Expense Reimbursement and Unused Vacation,** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY | ■ No | | |
| | unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ Yes | | |

| 2.2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$10,616.35** | **$10,616.35** |
| | **James Liu** | *Check all that apply.* | | |
| | **5 Smith Street** | ☐ Contingent | | |
| | **Holbrook, NY 11741** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Expense Reimbursement and Unused Vacation** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY | ■ No | | |
| | unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ Yes | | |

Certain employees are separately owed monies for payroll from March 1, 2020 to the filing date that are
not included in the amounts on this Schedule. A motion is being filed to have those amounts paid. The
resolution of that motion may result in amendments to this Schedule E/F concerning current employees.

| Debtor | **BioRestorative Therapies, Inc.** | Case number (if known) | **8-20-71757** |
|---|---|---|---|
| | Name | | |

---

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $13,650.00 | $13,650.00 |
|---|---|---|---|---|

**Lance Alstodt**
**1 Woodedge Lane**
**Brookville, NY 11545**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Severance Pay**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $43,027.77 | $13,650.00 |
|---|---|---|---|---|

**Mandy Clyde**
**1422 Townline Road**
**Nesconset, NY 11767**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Expense Reimbursement, Bonus, Unused**
**Vacation**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $82,349.98 | $13,650.00 |
|---|---|---|---|---|

**Mark Weinreb**
**9 Colgate Lane**
**Woodbury, NY 11797**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Expense Reimbursement, Unpaid Payroll,**
**Unused Vacation and Short Term Advance**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $9,019.62 | $9,019.62 |
|---|---|---|---|---|

**Ram Sharma**
**11 Arthur Place**
**Montville, NJ 07045-5000**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Expense Reimbursement, Unused Vacation**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **BioRestorative Therapies, Inc.** | Case number (if known) | **8-20-71757** |
|---|---|---|---|
| | Name | | |

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$16,254.81** | **$13,650.00** |
|---|---|---|---|---|

**Robert Paccasassi**
**14 Debbie Trail**
**Hampton Bays, NY 11946**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unused Vacation**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$6,865.38** | **$6,865.38** |
|---|---|---|---|---|

**Zack Li**
**8605 60th Road, Apt 1C**
**Elmhurst, NY 11373**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unused Vacation**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3.   List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$50,686.00** |
|---|---|---|---|

**50 Republic Road LLC**
**116 Gristmill Lane**
**Great Neck, NY 11023**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Unpaid Rent**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$117,753.00** |
|---|---|---|---|

**Adar Alef, LLC.**
**38 Olympia Lane**
**Monsey, NY 10952**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Convertible Promissory Note Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$12,500.00** |
|---|---|---|---|

**Aegis Capital Corp.**
**510 Broadhollow Road**
**Melville, NY 11747**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **BioRestorative Therapies, Inc.** | Case number (if known) | **8-20-71757** |
|---|---|---|---|
| | Name | | |

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$21,499.00** |
|---|---|---|---|

**Alfred & Mary Angiola**
**27 Ridge Road**
**Southampton, NY 11968**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Convertible Promissory Note Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$293.28** |
|---|---|---|---|

**All Action Alarm**
**40 Oser Avenue #5**
**Hauppauge, NY 11788**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,252.00** |
|---|---|---|---|

**American Type Culture**
**Collection, Historic Dist**
**10801 University Blvd**
**Manassas, VA 20110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,973.00** |
|---|---|---|---|

**Andrew Crabtree**
**225 Broadhollow Road**
**Suite 303**
**Melville, NY 11747**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Legal Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,500.00** |
|---|---|---|---|

**Aon Hewitt/Radford**
**2570 North First Street**
**Suite 500**
**San Jose, CA 95131**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,261,819.00** |
|---|---|---|---|

**Auctus Fund, LLC.**
**545 Boylston Street**
**2nd  Floor**
**Boston, MA 02116**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Convertible Promissory Note Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,399.00** |
|---|---|---|---|

**Bernice C. Cole**
**102 Ardmore Avenue**
**Providence, RI 02908**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Convertible Promissory Note Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **BioRestorative Therapies, Inc.** | Case number (if known) | **8-20-71757** |
|---|---|---|---|
| | Name | | |

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$72,678.00** |
|---|---|---|---|
| | **Broadridge** | ☐ Contingent | |
| | **5 Dakota Drive, Suite 300** | ☐ Unliquidated | |
| | **Lake Success, NY 11042** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Trade Debt** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Cardiovascular Research** | ☐ Contingent | |
| | **Foundation** | ☐ Unliquidated | |
| | **1700 Broadway** | ■ Disputed | |
| | **New York, NY 10019** | | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Trade Debt** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,699.00** |
|---|---|---|---|
| | **Cayman Chemical Company** | ☐ Contingent | |
| | **1180 E. Ellsworth Road** | ☐ Unliquidated | |
| | **Ann Arbor, MI 48108** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Trade Debt** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$894,500.00** |
|---|---|---|---|
| | **Certilman Balin Adler** | ☐ Contingent | |
| | **& Hyman, LLP.** | ☐ Unliquidated | |
| | **90 Merrick Avenue** | ☐ Disputed | |
| | **East Meadow, NY 11554** | | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Legal Services** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$96,667.00** |
|---|---|---|---|
| | **Charles Ryan** | ☐ Contingent | |
| | **1762 Stuart Road West** | ☐ Unliquidated | |
| | **Princeton, NJ 08540** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Director Fees** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$92.00** |
|---|---|---|---|
| | **Cintas Corp** | ☐ Contingent | |
| | **800 Cintas Boulevard** | ☐ Unliquidated | |
| | **P.O.  Box 625737** | ☐ Disputed | |
| | **Cincinnati, OH 45262** | | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Trade Debt** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|
| | **CORE IR** | ☐ Contingent | |
| | **377 Oak Street,** | ☐ Unliquidated | |
| | **Concourse 2** | ■ Disputed | |
| | **Garden City, NY 11530** | | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Trade Debt** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | **BioRestorative Therapies, Inc.** | Case number (if known) | **8-20-71757** |
|---|---|---|---|
| | Name | | |

---

**3.18** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$252,543.00**

**Coventry Enterprises, LLC**
**80 S.W. 8th Street**
**Suite 2000**
**Miami, FL 33130**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Convertible Promissory Note Debt**

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.19** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$101,412.00**

**Crossover Capital Fund I**
**365 Ericksen Avenue NE**
**#315**
**Bainbridge Island, WA 98110**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Convertible Promissory Note Debt**

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.20** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$266,076.00**

**Crown Bridge Partners LLC**
**1773 A 2nd Avenue**
**Suite 126**
**New York, NY 10065**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Convertible Promissory Note Debt**

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.21** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,767.00**

**CTI Clinical Trial &**
**Consulting**
**100 E. Rivercenter Blvd**
**Covington, KY 41011**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.22** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Dexterity, Inc.**
**1224 Cove Park Circle**
**Bsmt**
**Murray, UT 84123**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.23** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Dolly Casper**
**1224 Cove Park Circle**
**Bsmt**
**Murray, UT 84123**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.24** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,644.00**

**Doty/Scott Enterprises**
**12707 High Bluff Drive**
**Suite 200**
**San Diego, CA 92130**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **BioRestorative Therapies, Inc.** | Case number (if known) | **8-20-71757** |
|---|---|---|---|
| | Name | | |

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$550,000.00** |
|---|---|---|---|

**Dr. Wayne Marasco**
**43 Rice Street**
**Wellesley Hills, MA 02481**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Professional Services**

Is the claim subject to offset? ■ No ☐ Yes

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$394,875.00** |
|---|---|---|---|

**Eagle Equities, LLC**
**525 Norton Parkway**
**New Haven, CT 06511**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Convertible Promissory Note Debt**

Is the claim subject to offset? ■ No ☐ Yes

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$211,377.00** |
|---|---|---|---|

**EMA Financial, LLC**
**40 Wall Street, Ste. 1700**
**New York, NY 10005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Convertible Promissory Note Debt**

Is the claim subject to offset? ■ No ☐ Yes

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$543.00** |
|---|---|---|---|

**EMD Millipore**
**400 Summut Drive**
**Burlington, MA 01803**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$614.00** |
|---|---|---|---|

**Evoqua Water Technologies**
**210 Sixth Avenue**
**Suite 3300**
**Pittsburgh, PA 15222**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Firstfire Global**
**Opportunities Fund LLC**
**1040 1st Avenue**
**Suite 190**
**New York, NY 10022**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Convertible Promissory Note Debt**

Is the claim subject to offset? ■ No ☐ Yes

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$7,443.00** |
|---|---|---|---|

**Fisher Scientific**
**81 Wyman Street**
**Waltham, MA 02451**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **BioRestorative Therapies, Inc.** | Case number (if known) | **8-20-71757** |
|---|---|---|---|
| | Name | | |

| 3.32 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$52,005.00** |
|---|---|---|---|
| | **Francisco Silva**<br>**22 Dale Road**<br>**Huntington, NY 11743** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Convertible Promissory Note Debt**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.33 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,615.00** |
|---|---|---|---|
| | **Fross Zelnick Lehrman**<br>**& Zissu, P.C.**<br>**151 West 42nd Street**<br>**17th Floor**<br>**New York, NY 10036** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Professional Services**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.34 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$297.13** |
|---|---|---|---|
| | **Galaxie Coffee**<br>**110 Sea Lane**<br>**Farmingdale, NY 11735** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Trade Debt**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.35 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$163,660.00** |
|---|---|---|---|
| | **Gene M. Bernstein**<br>**31 South Hill Street**<br>**Southampton, NY 11968** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Convertible Promissory Note Debt**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.36 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,229.61** |
|---|---|---|---|
| | **General Welding Supply Co**<br>**600 Shames Drive #1**<br>**Westbury, NY 11590** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Trade Debt**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.37 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$368,250.00** |
|---|---|---|---|
| | **Gladstone Corporation**<br>**1521 Westbranch Drive**<br>**Suite 100**<br>**Mc Lean, VA 22102** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Promissory Note Debt**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.38 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,450.00** |
|---|---|---|---|
| | **Gladstone Corporation**<br>**1521 Westbranch Drive**<br>**Suite 100**<br>**Mc Lean, VA 22102** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Professional Services**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **BioRestorative Therapies, Inc.** | Case number (if known) | **8-20-71757** |
|---|---|---|---|
| | Name | | |

---

**3.39** | Nonpriority creditor's name and mailing address
**GlobeNews Wire**
**2321 Rosecrans Avenue**
**Suite 2200**
**El Segundo, CA 90245**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$12,230.00**

---

**3.40** | Nonpriority creditor's name and mailing address
**Greenspoon Marder**
**590 Madison Avenue**
**Suite 2200**
**El Segundo, CA 90245**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$875.00**

---

**3.41** | Nonpriority creditor's name and mailing address
**Gregory Lutz**
**62 East 88th Street**
**New York, NY 10128**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **Professional Services**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.42** | Nonpriority creditor's name and mailing address
**GS Capital Partners, LLC**
**30 Broad Street, Ste 1201**
**New York, NY 10004**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Convertible Promissory Note Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$649,580.00**

---

**3.43** | Nonpriority creditor's name and mailing address
**GW Holdings, LLC**
**137 Montague Street**
**Suite 291**
**Brooklyn, NY 11201**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Convertible Promissory Note Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$187,390.00**

---

**3.44** | Nonpriority creditor's name and mailing address
**Harvey & Melody Alstodt**
**224 Grande Point Drive**
**Palm Beach Gardens, FL 33418**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Convertible Promissory Note Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$152,082.00**

---

**3.45** | Nonpriority creditor's name and mailing address
**HRW Legacy LLC**
**15140 Sutton Street**
**Sherman Oaks, CA 91403**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Convertible Promissory Note Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$233,381.00**

---

| Debtor | **BioRestorative Therapies, Inc.** | Case number (if known) | **8-20-71757** |
|---|---|---|---|
| | Name | | |

---

**3.46** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**
--- | --- | --- | ---

**Internal Revenue Service**
P.O. Box 7346
Philadelphia, PA 19101-7346

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **NOTICE PARTY ONLY**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.47** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$169,167.00**

**Jeff Radov**
8 Walworth Avenue
Scarsdale, NY 10583

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Director Fees**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.48** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$133,589.00**

**John Coghlan**
36 Vassar Place
Rockville Centre, NY 11570

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Convertible Promissory Note Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.49** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$20,000.00**

**Joseph Swiader**
16 Beech Farm Lane
Garrison, NY 10524

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Director Fees**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.50** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$210,058.00**

**JSJ Investments, Inc.**
2665 Villa Creek Drive
Suite 214
Dallas, TX 75234

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Convertible Promissory Note Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.51** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$706,155.00**

**K&L Gates, LLP.**
210 Sixth Avenue
Pittsburgh, PA 15222

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Legal Services**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.52** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,192.00**

**KCSA Strategic Comm.**
520 Fifth Avenue #3
Glen Allen, VA 23060

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **BioRestorative Therapies, Inc.** | Case number (if known) | **8-20-71757** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.53 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$274,752.00** |
| | **Labrys Fund LP** | ☐ Contingent | |
| | **48 Parker Road** | ☐ Unliquidated | |
| | **Wellesley, MA 02482** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Convertible Promissory Note Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.54 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,582.00** |
| | **Lampire Biological Labs** | ☐ Contingent | |
| | **P.O. Box 270** | ☐ Unliquidated | |
| | **Pipersville, PA 18947** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Trade Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.55 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$161,350.00** |
| | **Lance Alstodt** | ☐ Contingent | |
| | **1 Woodedge Lane** | ☐ Unliquidated | |
| | **Brookville, NY 11545** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Severance pay** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.56 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,504.00** |
| | **Leica Microsystems** | ☐ Contingent | |
| | **1700 Leider Lane** | ☐ Unliquidated | |
| | **Buffalo Grove, IL 60089** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Trade Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.57 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$266,651.00** |
| | **LG Capital Funding, LLC** | ☐ Contingent | |
| | **1218 Union Street, Ste. 2** | ☐ Unliquidated | |
| | **Brooklyn, NY 11225** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Convertible Promissory Note Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.58 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,706.00** |
| | **Life Technologies Corp.** | ☐ Contingent | |
| | **5791 Van Allen Way** | ☐ Unliquidated | |
| | **Carlsbad, CA 92008** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Trade Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.59 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| | **Lippert/Heilshorn** | ☐ Contingent | |
| | **800 Third Avenue, 17th FL** | ☐ Unliquidated | |
| | **New York, NY 10022** | ■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Trade Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | **BioRestorative Therapies, Inc.** | | Case number (if known) | **8-20-71757** |
|---|---|---|---|---|
| | Name | | | |

---

**3.60** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,010.00**

**Lowenstein Sandler**
**1 Lowenstein Drive**
**Roseland, NJ 07068**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Legal Services__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.61** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$6,660.00**

**M2 Compliance**
**74075 El Paseo B3**
**Palm Desert, CA 92260**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.62** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$70,797.00**

**Marcum LLP**
**10 Melville Park Drive**
**Melville, NY 11747**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Accounting Services__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.63** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$479.00**

**Mediant Communications**
**17 State Street**
**New York, NY 10004**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.64** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,500.00**

**MethodSence**
**1 Copely Parkway**
**Morrisville, NC 27560**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.65** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$78,009.00**

**Morningview Financial LLC**
**401 Park Avenue South**
**10th Floor**
**New York, NY 10016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Convertible Promissory Note Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.66** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$582.00**

**National Grid**
**P.O. Box 11791**
**Newark, NJ 07101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Utilities Service__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | BioRestorative Therapies, Inc. | | Case number (if known) | **8-20-71757** |
|---|---|---|---|---|
| | Name | | | |

| 3.67 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|
| | **NYS Dept. of Tax & Financ**<br>**POB 5300**<br>**Bankruptcy Unit**<br>**Albany, NY 12205-0300** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __NOTICE PARTY ONLY__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.68 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|
| | **NYS Dept. of Taxation**<br>**Bankruptcy Unit-TCD**<br>**Building 8, Room 455**<br>**WA Harriman State Campus**<br>**Albany, NY 12227** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __NOTICE PARTY ONLY__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.69 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$423,012.00** |
|---|---|---|---|
| | **Odyssey Capital Funding**<br>**1249 Broadway, Suite #103**<br>**Hewlett, NY 11557** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Convertible Promissory Note Debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.70 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|
| | **One Beacon Insurance**<br>**605 Highway 169 North**<br>**Suite 800**<br>**Plymouth, MN 55441** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Trade Debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.71 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$806.23** |
|---|---|---|---|
| | **Optimum**<br>**1111 Stewart Avenue**<br>**Bethpage, NY 11714** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Internet and Phone Services__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.72 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$23,162.00** |
|---|---|---|---|
| | **Oxford Health Plans**<br>**136-02 Roosevelt Avenue**<br>**New York, NY 10022** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Trade Debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.73 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$30,000.00** |
|---|---|---|---|
| | **Paley Advisors, LLC**<br>**115 E. 57th Street**<br>**New York, NY 10022** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Trade Debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **BioRestorative Therapies, Inc.** | Case number (if known) | **8-20-71757** |
|---|---|---|---|
| | Name | | |

---

**3.74** Nonpriority creditor's name and mailing address

**Paul Jude Tonna**
**69 Chichester Road**
**Huntington, NY 11743**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Director Fees**

Is the claim subject to offset? ■ No ☐ Yes

**$91,667.00**

---

**3.75** Nonpriority creditor's name and mailing address

**Peckar & Abramson**
**1325 Ave of the Americas**
**10th Floor**
**New York, NY 10019**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Legal Services**

Is the claim subject to offset? ■ No ☐ Yes

**$7,500.00**

---

**3.76** Nonpriority creditor's name and mailing address

**Perkin Elmer**
**80 Ruland Road**
**Melville, NY 11747**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$1,902.00**

---

**3.77** Nonpriority creditor's name and mailing address

**Pharos Advisors**
**299 Market Street**
**Saddle Brook, NJ 07763**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Financial and Accounting Services**

Is the claim subject to offset? ■ No ☐ Yes

**$1,200,000.00**

---

**3.78** Nonpriority creditor's name and mailing address

**Pharpoint Research**
**1001 Military Cutoff**
**#301**
**Wilmington, NC 28405**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$1,950.00**

---

**3.79** Nonpriority creditor's name and mailing address

**Phil Triolo & Associates**
**86 Skycrest Lane**
**Salt Lake City, UT 84108**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.80** Nonpriority creditor's name and mailing address

**Power Up Lending Group**
**111 Great Neck Road**
**Suite 216**
**Great Neck, NY 11021**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Convertible Promissory Note Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$123,812.00**

---

| Debtor | **BioRestorative Therapies, Inc.** | Case number (if known) | **8-20-71757** |
|---|---|---|---|
| | Name | | |

**3.81** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,414.00**

**Professional Research
Consulting Inc.**
**11326 P Street**
**Omaha, NE 68137**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.82** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,551.00**

**Qiagen, Inc.**
**19300 Germantown Road**
**Germantown, MD 20874**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.83** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$70,468.00**

**RedDiamond Partners, LLC**
**156 W. Saddle River Road**
**Saddle River, NJ 07458**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Convertible Promissory Note Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.84** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Regal Consulting**
**El Camino Real Unit E**
**San Diego, CA 92130**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.85** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$104,537.00**

**Robert B. Catell**
**62 Osborne Road**
**Garden City, NY 11530**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Convertible Promissory Note Debt**

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.86** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$106,667.00**

**Robert B. Catell**
**62 Osborne Road**
**Garden City, NY 11530**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Director Fees**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.87** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$112,800.00**

**Robert W. Meyer, Jr.**
**4099 Tamiami Trail North**
**Suite 201**
**Naples, FL 34103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Promissory Note Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **BioRestorative Therapies, Inc.** | Case number (if known) | **8-20-71757** |
|---|---|---|---|
| | Name | | |

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,388.00 |
|---|---|---|---|

**Sandra Ann Tramontano**
**9 Justin Drive**
**South Easton, MA 02376**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Convertible Promissory Note Debt**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $200.00 |
|---|---|---|---|

**Saxon Business Systems**
**14025 NW 60 Avenue**
**Miami Lakes, FL 33014**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $326,701.00 |
|---|---|---|---|

**SBI Investments LLC**
**369 Lexington Avenue**
**2nd Floor**
**New York, NY 10017**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Convertible Promissory Note Debt**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $64,658.00 |
|---|---|---|---|

**SCG Capital LLC**
**21200 NE 38th Avenue**
**Apt. 2601**
**Aventura, FL 33180**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Convertible Promissory Note Debt**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $118,397.00 |
|---|---|---|---|

**Seth Newman**
**25 Oriole Drive**
**Roslyn, NY 11576**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Convertible Promissory Note Debt**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $252.02 |
|---|---|---|---|

**Shore Office Systems**
**60 Enter Lane**
**Islandia, NY 11749**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Staples, Inc.**
**500 Staples Drive**
**Framingham, MA 01702**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **BioRestorative Therapies, Inc.** | Case number (if known) | **8-20-71757** |
|---|---|---|---|
| | Name | | |

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$6,450.80** |
|---|---|---|---|

**Stericycle**
**4010 Commercial Avenue**
**Northbrook, IL 60062**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade debt__

Is the claim subject to offset? ■ No  ☐ Yes

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$299.50** |
|---|---|---|---|

**Sterling Talent Solution**
**1 State Street Plaza #24**
**New York, NY 10004**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade Debt__

Is the claim subject to offset? ■ No  ☐ Yes

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$12,500.00** |
|---|---|---|---|

**Streetwise Reports LLC**
**755 Baywood Drive, 2nd Fl**
**Petaluma, CA 94954**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade Debt__

Is the claim subject to offset? ■ No  ☐ Yes

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Suffolk County IDA**
**H. Lee Dennison Bldg FL 3**
**100 Veterans Memorial Hwy**
**P.O. Box 6100**
**Hauppauge, NY 11788**

Date(s) debt was incurred  __2015__

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __Tax break incentives__

Is the claim subject to offset? ☐ No  ☐ Yes

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,725.00** |
|---|---|---|---|

**Swanson & Bratschun LLC**
**8210 Southpart Terrace**
**Littleton, CO 80120**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade Debt__

Is the claim subject to offset? ■ No  ☐ Yes

| 3.100 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$27,500.00** |
|---|---|---|---|

**TDA Consulting**
**333 Las Olas Way**
**Suite 1506**
**Fort Lauderdale, FL 33301**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Professional Services__

Is the claim subject to offset? ■ No  ☐ Yes

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,950.00** |
|---|---|---|---|

**Techmed Incorporated**
**1330 1st Avenue**
**Suite 709**
**New York, NY 10021**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade Debt__

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **BioRestorative Therapies, Inc.** | Case number (if known) | **8-20-71757** |
|---|---|---|---|
| | Name | | |

| 3.102 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Telecorp Comminucations**
1535 Gateway Boulevard
West Deptford, NJ 08096

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$14,000.00** |
|---|---|---|---|

**The Neil Michael Solomon
Group, Inc.**
9 Park Place
Great Neck, NY 11021

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Professional Services__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$37,808.00** |
|---|---|---|---|

**The Westerman 2004
Irrevocable Trust**
414 Centre Island Road
Oyster Bay, NY 11771

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Convertible Promissory Note Debt__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.105 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Thomas Scientific**
1654 High Hill Road
Swedesboro, NJ 08085

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.106 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$12,429.00** |
|---|---|---|---|

**Trinity Partners**
230 3rd Avenue
Prospect Place
Waltham, MA 02451

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.107 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**U.S. Attorney's Office
EDNY - Attn:  Long Island
Bankruptcy Processing**
610 Federal Plaza, 5th Fl
Central Islip, NY 11722-4454

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __NOTICE PARTY ONLY__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.108 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**U.S. Securities & Exchang
NY Region Attn:Bankruptcy
Brookfield Place**
200 Vesey Street, Ste 400
New York, NY 10281

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __NOTICE PARTY ONLY__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **BioRestorative Therapies, Inc.** | Case number (if known) | **8-20-71757** |
|---|---|---|---|
| | Name | | |

| 3.109 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$522.45** |
|---|---|---|---|
| | **UniFirst Corporation**<br>**68 Jonspin Road**<br>**Wilmington, MA 01887** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __Trade Debt__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.110 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$30,000.00** |
|---|---|---|---|
| | **University of Utah**<br>**Grant/Contract Accounting**<br>**201 President's Circle**<br>**Room 406**<br>**Salt Lake City, UT 84112-9020** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __Trade Debt - Manufacturing Agreement__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.111 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$111,875.00** |
|---|---|---|---|
| | **University of Utah**<br>**Grant/Contract Accounting**<br>**201 President's Circle**<br>**Room 406**<br>**Salt Lake City, UT 84112-9020** | ☐ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __Trade Debt - Research Agreement__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.112 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$15,409.00** |
|---|---|---|---|
| | **University of Utah**<br>**Grant/Contract Accounting**<br>**201 President's Circle**<br>**Room 406**<br>**Salt Lake City, UT 84112-9020** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __Trade Debt - Service Agreement__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.113 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,845.00** |
|---|---|---|---|
| | **VWR**<br>**100 Matsonford Road**<br>**Building 1, Suite 1**<br>**Radnor, PA 19087** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __Trade Debt__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.114 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$675.00** |
|---|---|---|---|
| | **Wall Street Transcript**<br>**67 Wall Street**<br>**New York, NY 10005** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __Trade Debt__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.115 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$70,000.00** |
|---|---|---|---|
| | **Wayne Olan**<br>**9320 Glen Road**<br>**Potomac, MD 20854** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __Professional Services__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **BioRestorative Therapies, Inc.** | Case number (if known) | **8-20-71757** |
|---|---|---|---|
| | Name | | |

| 3.116 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$60,000.00** |
|---|---|---|---|

**Wet Earth Partners**
**16 Beech Farm Lane**
**Garrison, NY 10524**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Professional Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Bernard S. Feldman, P.C.**<br>**111 Great Neck Road**<br>**Suite 214**<br>**Attn: Bernard S. Feldman**<br>**Great Neck, NY 11201** | Line **3.80**<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Giordano & Company, P.C.**<br>**47 Winter Street**<br>**Suite 800**<br>**Attn: Philip Giordano**<br>**Boston, MA 02108-4774** | Line **3.9**<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 | **Jeffrey Fleischmann**<br>**26 Broadway, 21st Floor**<br>**New York, NY 10004** | Line **3.26**<br><br>☐ Not listed. Explain ____ | _ |
| 4.4 | **Jeffrey Fleischmann**<br>**26 Broadway, 21st Floor**<br>**New York, NY 10004** | Line **3.27**<br><br>☐ Not listed. Explain ____ | _ |
| 4.5 | **Naidich Wurman Birnbaum**<br>**80 Cuttermill Road**<br>**Suite 410**<br>**Attn: Robert P. Johnson**<br>**Great Neck, NY 11021** | Line **3.80**<br><br>☐ Not listed. Explain ____ | _ |
| 4.6 | **Vishnick McGovern Milizio**<br>**Attn: Avrohom Y. Gefen**<br>**300 Marcus Avenue**<br>**Suite 1E9**<br>**New Hyde Park, NY 11042** | Line **3.18**<br><br>☐ Not listed. Explain ____ | _ |

---

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 210,782.89 |
| 5b. Total claims from Part 2 | 5b. + | $ | 13,516,225.02 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 13,727,007.91 |

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Fill in this information to identify the case:

Debtor name    **BioRestorative Therapies, Inc.**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NEW YORK

Case number (if known)    **8-20-71757**

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
       ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
       ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property*
       (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest | **Lease of Non-Residential Real Property for 40 Marcus Drive, Melville, NY 11747** |
| State the term remaining | **5 years** |
| List the contract number of any government contract | **50 Republic Road LLC**<br>**116 Gristmill Lane**<br>**Great Neck, NY 11023** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest | **Food and Drug Administration Clearance of Phase II Disc Trial** |
| State the term remaining | |
| List the contract number of any government contract | **Food and Drug Admin** |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest | **Employment Agreement** |
| State the term remaining | |
| List the contract number of any government contract | **Francisco Silva**<br>**22 Dale Road**<br>**Huntington, NY 11743** |
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest | **Employment Agreement** |
| State the term remaining | |
| List the contract number of any government contract | **Mandy Clyde**<br>**1422 Townline Road**<br>**Nesconset, NY 11767** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor 1 | **BioRestorative Therapies, Inc.** | | Case number (*if known*) | **8-20-71757** |
|---|---|---|---|---|
| | First Name   Middle Name   Last Name | | | |

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Employment Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Mark Weinreb** |
| | List the contract number of any government contract | | **9 Colgate Lane**<br>**Woodbury, NY 11797** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Office VOIP Phone System** | |
|---|---|---|---|
| | State the term remaining | | **Mitel** |
| | List the contract number of any government contract | | |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Intellectual Property License by and between Regenerative Sciences, LLC, as licensor, and BioRestorative Therapies, Inc., as licensee, including sub-license from Licensee to Licensor** | |
|---|---|---|---|
| | State the term remaining | | **Regenerative Sciences LLC** |
| | List the contract number of any government contract | | |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Employment Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Robert Paccasassi** |
| | List the contract number of any government contract | | **14 Debbie Trail**<br>**Hampton Bays, NY 11946** |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Service Agreement** | |
|---|---|---|---|
| | State the term remaining | | **The University of Utah** |
| | List the contract number of any government contract | | **75 South 2000 East**<br>**Salt Lake City, UT 84112-8930** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

| Debtor 1 | **BioRestorative Therapies, Inc.** | | Case number *(if known)* | **8-20-71757** |
| --- | --- | --- | --- | --- |
| | First Name          Middle Name          Last Name | | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- |

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Research Collaboration Agreement by and between the Trustees of the University of Pennsylvania on behalf of Mitchell A. Lazar, M.D., Ph.D and BioRestorative Therapies, Inc.** | |
| | State the term remaining | | **Trustees of UPenn** |
| | | | **Mitchell A. Lazar, MD PhD** |
| | List the contract number of any government contract | | **3400 Civic Center Blvd.** |
| | | | **Smilow Transl. Cnt 12-196** |
| | | | **Philadelphia, PA 19104** |

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Research Collaboration Agreement by and between the Trustees of the University of Pennsylvania on behalf of Dr. Raymond Soccio and BioRestorative Therapies, Inc.** | |
| | State the term remaining | | **Trustees of UPenn** |
| | | | **Dr. Raymond Soccio** |
| | List the contract number of any government contract | | **3400 Civic Center Blvd.** |
| | | | **Smilow Transl. Cnt 12-196** |
| | | | **Philadelphia, PA 19104** |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Materials Transfer Agreement** | |
| | State the term remaining | | **ViaCyte, Inc.** |
| | List the contract number of any government contract | | **3550 General Atomics Ct.** |
| | | | **San Diego, CA 92121** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td><strong>BioRestorative Therapies, Inc.</strong></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>EASTERN DISTRICT OF NEW YORK</td></tr>
<tr><td>Case number (if known)</td><td><strong>8-20-71757</strong></td></tr>
</table>

☐ Check if this is an
  amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | _____ | Street _____ <br> City ___ State ___ Zip Code ___ | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.2 | _____ | Street _____ <br> City ___ State ___ Zip Code ___ | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.3 | _____ | Street _____ <br> City ___ State ___ Zip Code ___ | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.4 | _____ | Street _____ <br> City ___ State ___ Zip Code ___ | _____ | ☐ D <br> ☐ E/F <br> ☐ G |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                     Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name  **BioRestorative Therapies, Inc.**

United States Bankruptcy Court for the:  EASTERN DISTRICT OF NEW YORK

Case number (if known)  **8-20-71757**

☐ Check if this is an
   amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages,
write the debtor's name and case number (if known).

**Part 1:**    **Income**

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:** From **1/01/2020** to **Filing Date** | ■ Operating a business ☐ Other _____ | **$0.00** |
   | **For prior year:** From **1/01/2019** to **12/31/2019** | ■ Operating a business ☐ Other _____ | **$130,000.00** |
   | **For year before that:** From **1/01/2018** to **12/31/2018** | ■ Operating a business ☐ Other _____ | **$111,000.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits,
   and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
   |---|---|
   | | |

**Part 2:**    **List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before
   filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22
   and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
   |---|---|---|---|

Debtor   **BioRestorative Therapies, Inc.**                          Case number *(if known)* **8-20-71757**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|
| 3.1. **Oxford Health Plans**<br>**4 Research Drive**<br>**Shelton, CT 06484** | **1/16/2020**<br>**and**<br>**2/24/2020** | **$46,322.80** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Health Insurance** |
| 3.2. **TranShare Corp.**<br>**15500 Roosevelt Blvd, Ste. 301**<br>**Clearwater, FL 33760** | **January 10,**<br>**14, 15, and**<br>**27, 2020 and**<br>**February 10,**<br>**and 24, 2020** | **$13,196.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Transfer Agent** |
| 3.3. **Pharos Advisors, Inc.**<br>**299 Market Street, Ste. 440**<br>**Saddle Brook, NJ 07663** | **2/21/2020** | **$10,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Accounting services**<br>**related to bankruptcy filing** |
| 3.4. **First Insurance Funding Corp**<br>**450 Skokic Blvd. Ste. 1000**<br>**Northbrook, IL 60062** | **1/10/2020** | **$8,452.40** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Insurance** |
| 3.5. **Gladstone Corporation**<br>**2137 East Firth Unit 1**<br>**Philadelphia, PA 19125** | **12/18/2019** | **$7,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Consultant assisting**<br>**with the process of increasing**<br>**the Company's authorized**<br>**shares/preparing reverse**<br>**splits** |
| 3.6. **Certilman Balin Adler & Hyman, LLP.**<br>**90 Merrick Avenue**<br>**East Meadow, NY 11554** | **1/15/2020** | **$15,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                           Best Case Bankruptcy

Debtor __BioRestorative Therapies, Inc._____    Case number *(if known)* __8-20-71757__

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **See Question# 30** | | **$0.00** | |

5. **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **Coventry Enterprises, LLC v. BioRestorative Therapies, Inc.; Power Up Lending Group, Ltd. v. EmA Financial, LLC, Eagle Equities LLC and Auctus Fund LLC 2:20-cv-00703-GRB-AYS** | **Enforcement of conversion of promissory notes into shares and related relief** | **U.S. District Court, EDNY Alfonse M. D'Amato U.S. Courthouse 290 Federal Plaza Central Islip, NY 11722** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:    Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☐ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1. **Orthopedic Research Society 6640 Eagle Way Chicago, IL 60678** | **Support of the 5th ORS/PSRS International Spine Research Symposium, Nov 3-7, 2019 Poconos, PA** | **7/19/2019** | **$10,000.00** |
| **Recipients relationship to debtor** | | | |

Debtor    **BioRestorative Therapies, Inc.**                                          Case number *(if known)*    **8-20-71757**

---

**Part 5:**    **Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

---

**Part 6:**    **Certain Payments or Transfers**

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Certilman Balin Adler &<br>Hyman, LLP.<br>90 Merrick Avenue<br>East Meadow, NY 11554** | | **2/21/2020** | **$100,000.00** |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

---

**Part 7:**    **Previous Locations**

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

---

| Debtor | BioRestorative Therapies, Inc. | Case number *(if known)* | 8-20-71757 |
|--------|-------|------|------|

| Address | Dates of occupancy From-To |
|---------|----------------------------|

**Part 8:     Health Care Bankruptcies**

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---------------------------|----------------------------------------------------------------------------------|---------------------------------------------------------------------------|

**Part 9:     Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Part 10:     Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|----------------------------------------|---------------------------------|-------------------------------|------------------------------------------------------|------------------------------------------|
| 18.1. | **Bank of America P.O. Box 15284 Wilmington, DE 19850** | **XXXX-7781** | ■ Checking ☐ Savings ☐ Money Market ☐ Brokerage ☐ Other___ | **1/30/20** | **$440.56** |
| 18.2. | **Bank of America P.O. Box 15284 Wilmington, DE 19850** | **XXXX-7817** | ■ Checking ☐ Savings ☐ Money Market ☐ Brokerage ☐ Other___ | **1/30/20** | **$438.44** |
| 18.3. | **Bank of America P.O. Box 15284 Wilmington, DE 19850** | **XXXX-7804** | ■ Checking ☐ Savings ☐ Money Market ☐ Brokerage ☐ Other___ | **1/30/20** | **$47.31** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                                    Best Case Bankruptcy

| Debtor | BioRestorative Therapies, Inc. | | Case number *(if known)* | 8-20-71757 |
|---|---|---|---|---|

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.  Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| Debtor | BioRestorative Therapies, Inc. | | Case number *(if known)* | 8-20-71757 |
|---|---|---|---|---|

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:**  Details About the Debtor's Business or Connections to Any Business

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| 25.1.  **Stem Pearls, LLC** | **Cosmetic Skin Care Products** | **EIN:**  27-2074868<br><br>**From-To**  2010 - 2018 |
| 25.2.  **Stem Cell Cayman, Ltd.** | **Potential clinic for stem cell therapies** | **EIN:**  251463<br><br>**From-To**  2011 - 2017 |

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.  **Pharos Advisors<br>299 Market Street<br>Suite 440<br>Saddle Brook, NJ 07633** | **3/2/2018 to 3/2/2020** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26b.1.  **Pharos Advisors<br>299 Market Street<br>Suite 440<br>Saddle Brook, NJ 07663** | **3/2/2018 to 3/2/2020** |

| Name and address | Date of service<br>From-To |
|---|---|
| 26b.2.  **Marcum LLP.<br>750 Third Avenue<br>11th Floor<br>New York, NY 10017** | **3/2/2018 to 3/2/2020** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.  **Pharos Advisors<br>299 Market Street<br>Suite 440<br>Saddle Brook, NJ 07663** | **N/A** |

Debtor   **BioRestorative Therapies, Inc.**                                  Case number *(if known)*  **8-20-71757**

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.2.  **Marcum, LLP**<br>**750 Third Avenue**<br>**11th Floor**<br>**New York, NY 10017** | **N/A** |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.  **Financial Statements are issued publicly**<br>**on a quarterly basis; last filed 10-Q**<br>**for quarter ending 9/30/2019; last filed**<br>**10-K for year ending 12/31/2018** |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Mark Weinreb** | **9 Colgate Lane**<br>**Woodbury, NY 11797** | **Chief Exectutive Officer, director and shareholder** | **<1%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Francisco Silva** | **22 Dale Road**<br>**Huntington, NY 11743** | **Vice President of Research and Development** | **<1%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Robert Paccasassi** | **14 Debbie Trail**<br>**Hampton Bays, NY 11946** | **Vice President of Quality and Compliance** | **<1%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Mandy Clyde** | **1422 Townline Road**<br>**Nesconset, NY 11767** | **Vice President of Operations and Secretary** | **<1%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Mark Weinreb** | **9 Colgate Lane**<br>**Woodbury, NY 11797** | **Director** | **<1%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Jeffrey Radov** | **8 Walworth Avenue**<br>**Scarsdale, NY 10583** | **Director and shareholder** | **<1%** |

Debtor    BioRestorative Therapies, Inc.                          Case number *(if known)*  8-20-71757

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Paul Jude Tonna | 69 Chichester Road<br>Huntington, NY 11743 | Director and shareholder | <1% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Robert B. Catell | 62 Osborne Road<br>Garden City, NY 11530 | Director and shareholder | <1% |

29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☐ No
☑ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Lance Alstodt | 1 Woodedge Lane<br>Glen Head, NY 11545 | EVP, Chief Strategy Officer and shareholder | 10/15/2018 - 2/24/2020 |
| John Desmarais | 26 Deer Creek Lane<br>Mount Kisco, NY 10549 | Director | 12/1/2015 - 1/10/2020 |
| Dale Broadrick | 3003 Brick Church Pike<br>Nashville, TN 37207 | Former greater than 10% beneficial shareholder (currently holds 0.332%) | |
| Charles Ryan | 1762 Stuart Road West<br>Princeton, NJ 08540 | Director and shareholder | 4/2/2015 - 1/10/2020 |

30. **Payments, distributions, or withdrawals credited or given to insiders**
   Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1<br>. | Mark Weinreb<br>8 Colgate Lane<br>Woodbury, NY 11797 | $347,359.69<br>$ 28,021.91<br>$ 10,000.00 | 3/15/2019 - 2/28/2020<br>3/4/2019 - 12/27/2019<br>11/11/2019;<br>1/10/2020 and 1/14/2020 | Gross Payroll Expense Reimbursement Repayment of Short-Term Advances |

Relationship to debtor
**Chief Executive Officer**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor    **BioRestorative Therapies, Inc.**                                    Case number *(if known)*  **8-20-71757**

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.2. | **Mandy Clyde**<br>**1422 Townline Road**<br>**Nesconset, NY 11767** | **$145,761.12**<br>**$    2,422.46** | **3/15/19 -**<br>**2/28/2020**<br>**4/26/2019 -**<br>**12/9/2019** | **Gross Payroll**<br>**Expense**<br>**Reimbursement** |
| | Relationship to debtor<br>**Vice President of Operations**<br>**and Secretary** | | | |
| 30.3. | **Robert Paccasassi**<br>**14 Debbie Trail**<br>**Hampton Bays, NY 11946** | **$198,843.62**<br>**$ 32,703.00**<br>**$      119.75** | **3/15/2019 -**<br>**2/28/2020**<br>**3/1/2019**<br>**3/29/2019 -**<br>**7/6/2019** | **Gross Payroll**<br>**2018 Bonus**<br>**Expense**<br>**Reimbursement** |
| | Relationship to debtor<br>**Vice President of Quality and**<br>**Compliance** | | | |
| 30.4. | **Francisco Silva**<br>**22 Dale Road**<br>**Huntington, NY 11743** | **$267,441.68**<br>**$    5,743.70** | **3/15/2019 -**<br>**2/28/2020**<br>**4/26/2019 -**<br>**9/17/2019** | **Gross Payroll**<br>**Expense**<br>**Reimbursement** |
| | Relationship to debtor<br>**Vice President of Research**<br>**and Development** | | | |
| 30.5. | **Lance Alstodt**<br>**1 Woodedge Lane**<br>**Brookville, NY 11545** | **$324,733.26** | **3/15/2019 -**<br>**2/28/2020** | **Gross Payroll** |
| | Relationship to debtor<br>**Former EVP, Chief Strategy**<br>**Officer** | | | |
| 30.6. | **Edward Field**<br>**3706 St. Mark Road**<br>**Durham, NC 27707** | **$14,400.00** | **3/29/2019 -**<br>**5/15/2019** | **Gross Payroll** |
| | Relationship to debtor<br>**Former President of Disc**<br>**Program** | | | |
| 30.7. | **Jeffrey Radov**<br>**8 Walworth Avenue**<br>**Scarsdale, NY 10583** | **$50,000.00** | **8/21/2019** | **Director**<br>**Compensation** |
| | Relationship to debtor<br>**Director** | | | |
| 30.8. | **Paul Jude Tonna**<br>**69 Chinchester Road**<br>**Huntington, NY 11743** | **$25,000.00** | **8/22/2019** | **Director**<br>**Compensation** |
| | Relationship to debtor<br>**Director** | | | |

Debtor   **BioRestorative Therapies, Inc.**                              Case number *(if known)*   **8-20-71757**

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.9. | **Robert B. Catell**<br>**62 Osborne Road**<br>**Garden City, NY 11530** | **$46,402.74** | **8/15/2019** | **Loan Repayment** |
| | **Relationship to debtor**<br>**Director** | | | |
| 30.10. | **Jason M. Lipetz** | **$43,141.00** | **8/28/2019** | **Stock-Options**<br>**(grant date value)** |
| | **Relationship to debtor**<br>**Former Chairman of Scientific Advisory Committee** | | | |
| 30.11. | **Jason M. Lipetz** | **$28,164.38** | **11/7/2019** | **Consulting Services** |
| | **Relationship to debtor**<br>**Former Chairman of Scientific Advisory Committee** | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|
| | |

**Part 14:   Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **March 20, 2020**

**/s/ Mark Weinreb**                                          **Mark Weinreb**
Signature of individual signing on behalf of the debtor      Printed name

Position or relationship to debtor    **Authorized Signatory**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☑ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Eastern District of New York

In re **BioRestorative Therapies, Inc.**

| | | |
|---|---|---|
| | Case No. | **8-20-71757** |
| Debtor(s) | Chapter | **11** |

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | | |
   |---|---|---|
   | For legal services, I have agreed to accept | $ | **100,000.00** |
   | Prior to the filing of this statement I have received | $ | **100,000.00** |
   | Balance Due | $ | **0.00** |

2. The source of the compensation paid to me was:

   ■ Debtor    ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ■ Debtor    ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **March 20, 2020** | **/s/ Robert D. Nosek** |
| *Date* | **Robert D. Nosek** |
| | *Signature of Attorney* |
| | **Certilman Balin Adler & Hyman, LLP.** |
| | **90 Merrick Avenue** |
| | **East Meadow, NY 11554** |
| | **(516) 296-7000   Fax: (516) 296-7801** |
| | **rnosek@certilmanbalin.com** |
| | *Name of law firm* |

---

# United States Bankruptcy Court
## Eastern District of New York

In re   **BioRestorative Therapies, Inc.**
_____
Debtor(s)

Case No.   **8-20-71757**
Chapter   **11**

# VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) or attorney for the debtor(s) hereby verify that the attached matrix (list of creditors) is true and correct to the best of their knowledge.

Date:   **March 20, 2020**
_____

**/s/ Mark Weinreb**
_____
**Mark Weinreb/Authorized Signatory**
Signer/Title

Date:   **March 20, 2020**
_____

**/s/ Robert D. Nosek**
_____
Signature of Attorney
**Robert D. Nosek**
**Certilman Balin Adler & Hyman, LLP.**
**90 Merrick Avenue**
**East Meadow, NY 11554**
**(516) 296-7000   Fax: (516) 296-7801**

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF NEW YORK

## STATEMENT PURSUANT TO LOCAL
## BANKRUPTCY RULE 1073-2(b)

**DEBTOR(S):** BioRestorative Therapies, Inc.                **CASE NO.:** 8-20-71757

Pursuant to Local Bankruptcy Rule 1073-2(b), the debtor *(or any other petitioner)* hereby makes the following disclosure concerning Related Cases, to the petitioner's best knowledge, information and belief:

[NOTE: Cases shall be deemed "Related Cases" for purposes of E.D.N.Y. LBR 1073-1 and E.D.N.Y. LBR 1073-2 if the earlier case was pending at any time within eight years before the filing of the new petition, and the debtors in such cases: (i) are the same; (ii) are spouses or ex-spouses; (iii) are affiliates, as defined in 11 U.S.C. § 101(2); (iv) are general partners in the same partnership; (v) are a partnership and one or more of its general partners; (vi) are partnerships which share one or more common general partners; or (vii) have, or within 180 days of the commencement of either of the Related Cases had, an interest in property that was or is included in the property of another estate under 11 U.S.C. § 541(a).]

■ NO RELATED CASE IS PENDING OR HAS BEEN PENDING AT ANY TIME.

☐ THE FOLLOWING RELATED CASE(S) IS PENDING OR HAS BEEN PENDING:

1. CASE NO.:_____  JUDGE:_____  DISTRICT/DIVISION:_____

CASE STILL PENDING (Y/N):_____          [*If closed*] Date of closing:_____

CURRENT STATUS OF RELATED CASE: _____
                              (Discharged/awaiting discharge, confirmed, dismissed, etc.)

MANNER IN WHICH CASES ARE RELATED (*Refer to NOTE above*): _____

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN SCHEDULE "A" OF RELATED CASE: _____

2. CASE NO.:_____  JUDGE:_____  DISTRICT/DIVISION:_____

CASE STILL PENDING (Y/N):_____          [*If closed*] Date of closing:_____

CURRENT STATUS OF RELATED CASE: _____
                              (Discharged/awaiting discharge, confirmed, dismissed, etc.)

MANNER IN WHICH CASES ARE RELATED (*Refer to NOTE above*): _____

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN SCHEDULE "A" OF RELATED CASE: _____

3. CASE NO.:_____  JUDGE:_____  DISTRICT/DIVISION:_____

CASE STILL PENDING (Y/N):_____          [*If closed*] Date of closing:_____

(OVER)

DISCLOSURE OF RELATED CASES (cont'd)

CURRENT STATUS OF RELATED CASE: _____

(Discharged/awaiting discharge, confirmed, dismissed, etc.)

MANNER IN WHICH CASES ARE RELATED *(Refer to NOTE above)*: _____

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN SCHEDULE "A" OF RELATED CASE: _____

*NOTE:* Pursuant to 11 U.S.C. § 109(g), certain individuals who have had prior cases dismissed within the preceding 180 days may not be eligible to be debtors.  Such an individual will be required to file a statement in support of his/her eligibility to file.

TO BE COMPLETED BY DEBTOR/PETITIONER'S ATTORNEY, AS APPLICABLE:

I am admitted to practice in the Eastern District of New York (Y/N): __**Y**__

CERTIFICATION (to be signed by pro se debtor/petitioner or debtor/petitioner's attorney, as applicable):

I certify under penalty of perjury that the within bankruptcy case is not related to any case now pending or pending at any time, except as indicated elsewhere on this form.

**/s/ Robert D. Nosek**
_____
**Robert D. Nosek**
Signature of Debtor's Attorney                           Signature of Pro Se Debtor/Petitioner
**Certilman Balin Adler & Hyman, LLP.**
**90 Merrick Avenue**                                     _____
**East Meadow, NY 11554**
**(516) 296-7000 Fax:(516) 296-7801**                    Signature of Pro Se Joint Debtor/Petitioner

_____
Mailing Address of Debtor/Petitioner

_____
City, State, Zip Code

_____
Area Code and Telephone Number

Failure to fully and truthfully provide all information required by the E.D.N.Y. LBR 1073-2 Statement may subject the debtor or any other petitioner and their attorney to appropriate sanctions, including without limitation conversion, the appointment of a trustee or the dismissal of the case with prejudice.

NOTE: Any change in address must be reported to the Court immediately IN WRITING.  Dismissal of your petition may otherwise result.