

90 MERRICK AVENUE, 9TH FLOOR
EAST MEADOW, NY 11554
PHONE: 516.296.7000 • FAX: 516.296.7111
www.certilmanbalin.com

**RICHARD J. MCCORD**
PARTNER
DIRECT DIAL:516.296.7801
rmccord@certilmanbalin.com

April 2, 2020

Honorable Robert E. Grossman
United States Bankruptcy Judge
United States Bankruptcy Court
Eastern District of New York
Alfonse M. D'Amato Federal Courthouse
290 Federal Plaza
Central Islip, New York 11722

> *Re:*   *BioRestorative Therapies, Inc.*
> *Chapter 11*
> *Case No.  20-71757-reg_____*

Dear Judge Grossman:

　　We are proposed counsel to BioRestorative Therapies, Inc. (the "Debtor"), the above-referenced debtor and debtor in possession.  This letter confirms that the hearing on the Debtor's motion seeking emergency relief on its DIP financing motion [ECF Doc. No. 10] has been continued from March 26, 2020 to **Friday, April 3, 2020, at 11:00 a.m.** for a telephonic hearing.

Respectfully submitted,

/s/ Richard J. McCord
RICHARD J. MCCORD

RJM:ccf