**EXHIBIT A**

[*Amended Joint Plan of Reorganization of BioRestorative Therapies, Inc. and Auctus Fund, LLC*]