**EXHIBIT D**

**BioRestorative Therapies, Inc.**
**Liquidation Analysis**

| Asset Liquidation | Value at Conversion | *Recov %* | Est. Recovery |
|---|---:|---:|---:|
| Cash at Conversion | - | *100%* | - |
| Deposits | - | *100%* | - |
| Furniture, Fixtures & Equipment | 29,475 | *50%* | 14,738 |
| Lab Equipment | 18,000 | *50%* | 9,000 |
| Patents/License (book value) | 854,000 | *60%* | 512,400 |
| **Total Proceeds** | | | 536,138 |

Secured Claims

| | |
|---|---:|
| Auctus Fund, LLC (DIP) | (1,300,000) |
| John Desmarias | (357,000) |

Costs Associated with Chapter 11 and Chapter 7

Chapter 11 Administrative Expenses

| | |
|---|---:|
| Chapter 11 Professional Fees | (82,500) |
| Priority Claims | (110,000) |

Chapter 7 Administrative Expenses

| | |
|---|---:|
| Chapter 7 Trustee Commission | (15,000) |
| Chapter 7 Counsel | (25,000) |
| Chapter 7 Auctioneer | (5,000) |
| Chapter 7 Accountant | (10,000) |
| Total Wind-Down Expenses | |

| | |
|---|---:|
| **Cash Available for Distribution** | - |
| Total Unsecured Claims | 14,796,000 |
| Distribution to Unsecureds | - |
| **Recovery %** | **0%** |

Notes:

765017