Richard J. McCord, Esq.
Robert D. Nosek, Esq.
CERTILMAN BALIN ADLER & HYMAN, LLP
Counsel to the Debtor and Debtor in Possession
90 Merrick Avenue, 9th Floor
East Meadow, New York 11554
Phone: (516) 296-7000
Fax: (516) 296-7111

**Presentment Date:** September 28, 2020
**Time:** 12:00 p.m.
**Objection Date:** September 28, 2020
**Time:** 11:30 a.m.
**Hearing if Objections:** October 19, 2020
**Time:** 10:00 a.m.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In re:                                                                    Chapter 11

      BIORESTORATIVE THERAPIES, INC.,        Case No. 20-71757-reg

      Debtor.
-----------------------------------------------------------X

## NOTICE OF PRESENTMENT OF ORDER AWARDING INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR DEBTOR IN POSSESSION'S RETAINED PROFESSIONALS

**PLEASE TAKE NOTICE** that, Certilman Balin Adler & Hyman, LLP ("Certilman Balin"), general bankruptcy counsel to BioRestorative Therapies, Inc. (the "Debtor"), the debtor and debtor in possession in the above-captioned case, will present for signature the attached Order Pursuant to 11 U.C.C. §§ 105(a), 330 and 331 (the "Order") for the award of interim compensation and reimbursement of expenses to Certilman Balin and K&L Gates, LLP requested in the (a) First Application of Certilman Balin Adler & Hyman, LLP, Attorneys for the Debtor in Possession, for Interim Allowance of Compensation and for Reimbursement of Expenses for Services Rendered During the Period of March 20, 2020 Through and Including July 31, 2020 [ECF Doc. No. 195]; and the (b) First Application of K&L Gates, LLP, Special Intellectual Properties Counsel for the Debtor in Possession, for Interim Allowance of Compensation and for Reimbursement of Expenses for Services Rendered During the Period of March 20, 2020 Through and Including July 31, 2020 [Docket No. 196], to the Honorable Robert

E. Grossman, United States Bankruptcy Judge, on **September 28, 2020 at 12:00 p.m.** ("Presentment Date"), at the U.S Bankruptcy Court, Eastern District of New York, Alfonse M. D'Amato U.S. Courthouse, 290 Federal Plaza, Courtroom 860, Central Islip, New York 11722.

**PLEASE TAKE FURTHER NOTICE,** that objections to the proposed Order, if any, pursuant to 9004-1 and LBR 9006-1, must be filed in the Office of the Clerk of the Bankruptcy Court electronically in accordance with General Order #M-242 (General Order #M-242 and the Revised Administrative Procedures for the Electronic Case Filing System can be found at www.nyeb.uscourts.gov the official website for the United States Bankruptcy Court for the Eastern District of New York) by registered users of the Court's electronic case filing system and, by all other parties in interest, (with a hard copy delivered to Chambers) and served in accordance with General Order #M-242 or by first -class mail and served upon the (i) Certilman Balin Adler & Hyman, LLP, 90 Merrick Avenue, East Meadow, New York 11554, Attn: Robert D. Nosek, Esq.; (ii) K&L Gates, LLP, 210 Sixth Avenue, Pittsburgh, PA 15222, Attn: William E. Kuss, Esq. and (iii) the Office of the United States Trustee, Eastern District of New York (Central Islip Office), Alfonse D'Amato Federal Courthouse, 560 Federal Plaza, Central Islip, NY 11722, Attn: Stan Yang, Esq. All filing and service are to be made so as to be actually received by each party on or before **September 28, 2020 at 11:30 a.m.** If no objections are received, the Order may be signed.

**A HEARING WILL BE HELD ON OCTOBER 19, 2020, AT 10:00 A.M. IF AN OBJECTION IS FILED AS ABOVE WITH PROOF OF SERVICE.**

Dated: East Meadow, New York
      September 21, 2020

                         **CERTILMAN BALIN ADLER & HYMAN, LLP**
                         Counsel to the Debtor and Debtor in Possession

                         By:   /s/ Robert D. Nosek
                               **RICHARD J. MCCORD, ESQ.**
                               Robert D. Nosek, Esq.
                               90 Merrick Avenue
                               East Meadow, New York 11554
                               Phone: (516) 296-7000