Richard J. McCord, Esq.
CERTILMAN BALIN ADLER & HYMAN, LLP
Counsel to the Debtor and Debtor in Possession
90 Merrick Avenue, 9th Floor
East Meadow, New York 11554
Phone: (516) 296-7000

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re:                                            Chapter 11

    BIORESTORATIVE THERAPIES, INC.,         Case No. 20-71757-reg

              Debtor.
------------------------------------------------------------X

## NOTICE OF FILING OF PROPOSED ORDER CONFIRMING AMENDED JOINT PLAN OF REORGANIZATION OF BIORESTORATIVE THERAPIES, INC. AND AUCTUS FUND, LLC, DATED AUGUST 7, 2020

**PLEASE TAKE NOTICE** that annexed hereto is the Proposed Order Confirming the Amended Joint Plan of Reoganization of BioRetorative Therapies, Inc. and Auctus Fund, LLC, dated August 7, 2020 [ECF Doc. No. 104] (the "Plan"), as prepared by BioRestorative Therapies, Inc. (the "Debtor"), the debtor and debtor in possession in the above-captioned case, and its Plan co-proponent, Auctus Fund, LLC ("Auctus," and collectively with the Debtor, the "Co-Proponents"), which the Co-Proponents file for review and approval by the Bankruptcy Court.

Dated: East Meadow, New York
       October 23, 2020

                              **CERTILMAN BALIN ADLER & HYMAN, LLP**
                              Counsel to the Debtor and Debtor in Possession

                              By:    /s/ Robert D. Nosek
                                   **RICHARD J. MCCORD, ESQ.**
                                   Robert D. Nosek, Esq.
                                   90 Merrick Avenue
                                   East Meadow, New York 11554
                                   Phone: (516) 296-7000